## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING PHARMACEUTICALS INC., FERRING INTERNATIONAL CENTER S.A., and FERRING B.V., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | C.A. No. 17-cv-435-RGA <br><br> **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER** <br><br> **FILED UNDER SEAL** |

## **JOINT STIPULATION OF VOLUNTARY DISMISSAL**

WHEREAS, Defendant Teva Pharmaceuticals USA, Inc. ("Defendant") sent a letter dated March 9, 2017 (the "Notice Letter") to, inter alia, Plaintiffs Ferring Pharmaceuticals Inc. and Ferring International Center S.A. indicating that Defendant had submitted Abbreviated New Drug Application ("ANDA") No. 209960 ("Teva's ANDA") seeking approval to commercially manufacture, use, or sell a generic version of Prepopik® prior to the expiration of United States Patent Nos 8,450,338 ("the '338 patent") and 8,481,083 ("the '083 patent") ("the OB-listed patents") and the Notice Letter included Paragraph IV certifications to the OB-listed patents; and

WHEREAS, on April 19, 2017, Ferring Pharmaceuticals Inc. and Ferring International Center S.A. sued Defendant alleging that the product that is the subject of Teva's ANDA ("Teva's ANDA product") infringes the OB-listed patents, and

WHEREAS, on June 6, 2017, the United States Patent and Trademark office issued United States Patent No. 9,669,110 ("the '110 patent") (together with the OB-listed patents, "the patents in suit"); and

WHEREAS, on July 19, 2017, Ferring Pharmaceuticals Inc. and Ferring International Center S.A. filed an unopposed motion for leave to file an amended to complaint to add the '110 patent (D.I. 18); and

WHEREAS, on July 25, 2017, the Court granted the motion (D.I. 20) and entered the amended complaint (D.I. 21) adding Plaintiff Ferring B.V. (together with Ferring Pharmaceuticals Inc. and Ferring International Center S.A., "Plaintiffs") and the '110 patent to this litigation; and

WHEREAS, on December 5, 2017, counsel for Defendant contacted counsel for Plaintiffs and indicated that Defendant intended to change its Paragraph IV certifications to the OB-listed patents to Paragraph III certifications, and

WHEREAS, on December 7, 2017, Defendant submitted an amendment to Teva's ANDA, submitting the Paragraph III certifications to the United States Food and Drug Administration ("FDA"), and

WHEREAS, counsel for the parties have met and conferred regarding the status of the case

IT IS STIPULATED AND AGREED by and between Plaintiffs and Defendant, through their respective counsel, and subject to the approval of the Court, that:

1. All claims, counterclaims, and defenses related to the infringement of the patents in suit by Teva's ANDA product are voluntarily DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. All claims, counterclaims, and defenses related to the validity of the patents in suit are DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

3. Each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: January 12, 2018 | Respectfully submitted, |
| WOMBLE BOND DICKINSON (US) LLP | SHAW KELLER LLP |
| /s/ Mary W. Bourke | /s/ David M. Fry |
| Mary W. Bourke (#2356) | John W. Shaw (#3362) |
| Dana K. Severance (#4869) | Karen E. Keller (#4489) |
| Daniel M. Attaway (#5130) | David M. Fry (#5486) |
| 222 Delaware Avenue, Suite 1501 | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| Mary.Bourke@wbd-us.com | Wilmington, DE 19801 |
| Dana.Severance@wbd-us.com | jshaw@shawkeller.com |
| Daniel.Attaway@wbd-us.com | kkeller@shawkeller.com |
| | dfry@shawkeller.com |
| OF COUNSEL: | OF COUNSEL: |
| John W. Cox | Gary E. Hood |
| Benjamin D. Witte | Luke T. Shannon |
| WOMBLE BOND DICKINSON (US) LLP | Mark T. Deming |
| 271 17th Street NW, Suite 2400 | John P. Snow |
| Atlanta, GA 30363 | POLSINELLI PC |
| John.Cox@wbd-us.com | 150 N. Riverside Plaza, Suite 3000 |
| Ben.Witte@wbd-us.com | Chicago, IL 60606 |
| | ghood@polsinelli.com |
| | lshannon@polsinelli.com |
| *Attorneys for Plaintiffs Ferring* | mdeming@polsinelli.com |
| *Pharmaceuticals Inc., Ferring International* | jsnow@polsinelli.com |
| *Center S.A., and Ferring B.V.* | |
| | *Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |

SO ORDERED this ____ day of January 2018.

_____
THE HONORABLE RICHARD G. ANDREWS